■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO CHAMBERS, Appellant. [912 NYS2d 476]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (DiMango, J.), imposed October 2, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Santucci, Belen and Lott, JJ., concur.